# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RONALD R. WILEY,** ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | **CIVIL ACTION NO. 03-2090 (RMC)** |
| ) | |
| **STEPHEN L. JOHNSON,** ) | |
| **ADMINISTRATOR, UNITED STATES** ) | |
| **ENVIRONMENTAL PROTECTION** ) | |
| **AGENCY,** ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant's motion for summary judgment [Dkt. #28] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: July 6, 2006                             /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge